454

## 32094. McMULLEN *v*. THE STATE.

TOWNSEND, J. The essential elements of the crime of assault with intent to murder are as follows: (a) There must be an assault by one person on another with a weapon that in the manner in which it is used is likely to produce death. (b) The assault must be actuated by malice, either express or implied. (c) The assault must be made with the specific intent to kill on the part of the person making it. See *Reddick* v. *State,* 11 *Ga. App.* 150 (74 S. E. 901); *Anderson* v. *State,* 51 *Ga. App.* 98 (179 S. E. 654). In the instant case the jury was authorized to find that the assault was committed by the defendant upon the victim with a weapon that in the manner in which it was used was likely to produce death. It was authorized to find that the assault was actuated by malice. The jury was authorized to infer the intent to kill from the violence of the assault, the deadly nature of the weapon employed, the lack of provocation and other circumstances surrounding the assault and throwing light on the intent. See *Benton* v. *State,* 9 *Ga. App.* 291 (2) (71 S. E. 8).

The verdict is supported by the evidence and the judgment of the trial court overruling the motion for a new trial is without error.

*Judgment affirmed. MacIntyre, P. J., and Gardner, J., concur.*

DECIDED JULY 16, 1948.

*R. L. Carr*, for plaintiff in error.
*C. S. Baldwin Jr., Solicitor-General*, contra.